### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRADLEY K. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC and EQUIFAX INC.,<br><br>Defendants. | Case Number:  14-CV-2525-JAR/TJJ |

### NOTICE OF SETTLEMENT

Comes now Plaintiff Bradley K. Smith and Defendants Trans Union LLC and Equifax Inc., by and through their undersigned counsel, and hereby notify the Court that the above-captioned lawsuit has been settled. Parties anticipate filing a Notice of Dismissal in 30 days.

Dated:  March 10, 2015        Respectfully submitted,


By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email:  AJ@KCconsumerlawyer.com
         MR@KCconsumerlawyer.com
Attorneys for Plaintiff

By: /s/ Guillermo Zorogastua
Guillermo Zorogastua #23556
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-453-1000
Facsimile: 816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Defendant Equifax Inc.

and

By: /s/ Brian E. Mouber
Brian E. Mouber #19710
Baker Sterchi Cowden & Rice LLC
9393 West 110th Street, Suite 500
Overland Park, Kansas 66210
Telephone: 913-451-6752
Facsimile: 816-472-0288
Email: mouber@bscr-law.com
Attorney for Defendant Trans Union LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed on March 10, 2015, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330